# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

MATTHEW FORSBERG
ATTORNEY*
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM
*Licensed in MN, TX, and NJ

NOE BARBAN
PARALEGAL
DIRECT 612-383-1866
1-888-847-8517 EXT. 866
NOE@FIELDSLAW.COM

May 2, 2024

The Honorable Judge Ed Kinkeade
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1625
Dallas, Texas 75242-1003

*VIA ECF*

RE:     Roy v. Trans Union LLC, et al.,
        Court File No. 3:24-cv-339

Dear Judge Ed Kinkeade:

Please be advised that Plaintiff Priscilla Roy and Defendant Trans Union LLC, have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Joint Stipulation of Dismissal within 60 days. Defendant Nationstar Mortgage LLC, still remains, and Plaintiff has not settled the claims with the remaining Defendant.

Respectfully Submitted,

/s/ Matthew Forsberg

Matthew Forsberg
MPF/nb
Attorney

cc: All Counsel (via ECF)