UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Priscilla Roy,<br><br>    Plaintiff,<br>vs.<br><br>Trans Union LLC, et al.,<br><br>    Defendants. | Case No. 3:24-cv-339<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO NATIONSTAR MORTGAGE LLC** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, Nationstar Mortgage LLC, **ONLY**, by and through her undersigned attorneys, that all claims by Plaintiff against Defendant Nationstar Mortgage LLC, **ONLY**, shall be dismissed with prejudice, on its merits and in its entirety and without an award of costs, disbursements or attorneys' fees to Plaintiff or Defendant.

Dated: 05/03/2024

RESPECTFULLY SUBMITTED,

**Fields Law Firm**

*/s/ Matthew P. Forsberg*
**MATTHEW P. FORSBERG**
Reg. No. 24082581
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
T: (612) 383-1868
F: (612) 370-4256
Matt@FieldsLaw.com

**LAW OFFICE OF JONATHAN A. HEEPS**

*/s/ Jonathan A. Heeps*

1

Jonathan A. Heeps
TX Bar No.: 24074387
Post Office Box 174372
Arlington, TX 76003
T: (682) 738-6415
F: (844) 738-6416
Email: jaheeps@heepslaw.com

*Counsel for Plaintiff*

Dated: 05/03/2024                **McGuireWoods LLP**

By: /s/ Andrew N. Bernardini
Andrew N. Bernardini
NC Bar No. 29107 (and admitted to practice
In the USDC, NDTX)
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2146
T: (704) 373-4616
F: (704) 373-8824
abernardini@mcguirewoods.com


*/s/ Grant M. Figari*
Grant M. Figari
State Bar No. 24119480
2601 Olive St., Ste. 2100
Dallas, Texas 75201
Telephone: (214) 932-6400
Facsimile: (214) 932-6499
gfigari@mcguirewoods.com


*Counsel for Defendant*