## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Priscilla Roy,<br><br>     Plaintiff,<br>vs.<br><br>Trans Union LLC, et al.,<br><br>     Defendants. | Case No. 3:24-cv-339<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, Trans Union LLC, **ONLY**, by and through her undersigned attorneys, that all claims by Plaintiff against Defendant Trans Union LLC, **ONLY**, shall be dismissed with prejudice, on its merits and in its entirety and without an award of costs, disbursements or attorneys' fees to Plaintiff or Defendant.

Dated: 07/02/2024

RESPECTFULLY SUBMITTED,

**Fields Law Firm**

*/s/ Matthew P. Forsberg*
**MATTHEW P. FORSBERG**
Reg. No. 24082581
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
T: (612) 383-1868
F: (612) 370-4256
Matt@FieldsLaw.com

**LAW OFFICE OF JONATHAN A. HEEPS**

*/s/ Jonathan A. Heeps*

1

        Jonathan A. Heeps
        TX Bar No.: 24074387
        Post Office Box 174372
        Arlington, TX 76003
        T: (682) 738-6415
        F: (844) 738-6416
        Email: jaheeps@heepslaw.com

        ***Counsel for Plaintiff***

Dated: 07/02/2024        **Trans Union, LLC**

        */s/ Katherine Carlton Robinson*
        Katherine Carlton Robinson, Esq.
        555 W. Adams St.
        Chicago, IL 60661
        (317) 954-0717
        E-Mail: katherine.carltonrobinson@transunion.com

        ***Counsel for Defendant***